ACCEPTED
03-13-00804-CR
4821848
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 10:43:33 AM
JEFFREY D. KYLE
CLERK

# No. 03-13-00804-CR

In the
Court of Appeals
Third District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 10:43:33 AM
JEFFREY D. KYLE
Clerk

**Kaitlyn Lucretia Ritcherson,**
Appellant

v.

**The State of Texas,**
Appellee

Appeal from the 331st Judicial District Court
Travis County, Texas
Cause Number D-1-DC-11-302663

## State's Motion for Leave to File a Supplemental Brief

To the Honorable Third Court of Appeals:

Now comes the State of Texas and files this motion requesting permission to file the State's supplemental brief: a letter with additional authority, which was submitted on April 8, 2015. The State prays that this Court grant said motion.

Respectfully submitted,

**Rosemary Lehmberg**
District Attorney
Travis County

1



**Angie Creasy**
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax (512) 854-4810
Angie.Creasy@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## Certificates of Compliance and Service

I certify that this motion contains 48 words. I further certify that, on the 9th day of April, 2015, a true and correct copy of this brief was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the defendant's attorney, Alexander L. Calhoun, Law Office of Alexander L. Calhoun, 4301 W. William Cannon Dr., Suite B-150, #260, Austin, Texas 78749.

**Angie Creasy**